IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-481-RJC-DCK

| | |
|---|---|
| KIMBERLY ADAMS, as personal Representative of the ESTATE OF GARY L. ADERHOLT, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, (CENTERS FOR MEDICARE AND MEDICAID SERVICES), )<br><br>Defendant. ) | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on "Liberty Mutual Fire Insurance Company And Liberty Mutual Insurance Company's Motion To Intervene" (Document No. 8) filed November 6, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

Liberty Mutual Fire Insurance Company And Liberty Mutual Insurance Company ("Liberty Mutual Defendants") persuasively assert that: (1) their interests in this action are sufficient to merit intervention; (2) their interests may be impaired absent intervention; and (3) the existing parties do not adequately represent their interests. (Document Nos. 8 and 9). Moreover, Plaintiff has indicated that he does not object to the instant motion, and Defendant has declined to file any response. <u>See</u> (Document No. 8, p.5); Local Rule 7.1 (E).

**IT IS, THEREFORE, ORDERED** that "Liberty Mutual Fire Insurance Company And Liberty Mutual Insurance Company's Motion To Intervene" (Document No. 8) is **GRANTED**. Intervenor Defendants shall have up to and including **December 8, 2014** to file an answer or otherwise respond to Plaintiff's Complaint.[1]

**SO ORDERED**.

Signed: December 1, 2014

David C. Keesler
United States Magistrate Judge

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."