UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:14-cv-481-RJC-DCK

| | |
|---|---|
| KIMBERLY ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (CENTERS FOR MEDICARE AND MEDICAID SERVICES),<br><br>    Defendant,<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Intervenor. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's motion to voluntarily dismiss this action against Defendant United States Department of Health and Human Services (Centers for Medicare and Medicaid Services), given that the Defendant has provided the itemization and other information demanded in Plaintiff's Complaint. (Doc. No. 16). For the reasons set forth in Plaintiff's motion, and Defendant's consent to the motion, the Court **GRANTS** the motion for a voluntary dismissal, without prejudice, with the parties bearing their own costs and attorneys' fees.

    **SO ORDERED.**

Signed: December 23, 2014

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge